# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LEE E. SZYMBORSKI,<br>              Appellant,<br>      vs.<br>SPRING MOUNTAIN TREATMENT<br>CENTER,<br>              Respondent. | No. 80362 |

FILED

JAN 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion to reset trial as jury trial. Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an interlocutory appeal from an order denying a motion for jury trial. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-02182

cc:   Hon. Trevor L. Atkin, District Judge
Lee E. Szymborski
Hall Prangle & Schoonveld, LLC/Las Vegas
Eighth District Court Clerk